IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

| | |
|---|---|
| Criminal Case No. 15-CR-316-MSK-GPG<br>Date: November 30, 2015 | Court Deputy: P. Howell<br>Recorder: Grand Junction |
| UNITED STATES OF AMERICA,<br>Plaintiff | AUSA Peter Hautzinger |
| V | |
| DOLAN PRATTE,<br>Defendant | Mark Rubinstein |

### Court Minutes- Change of Plea

11:59 a.m.

Defendant appeared with CJA20 attorney, Mark Rubinstein. AUSA Peter Hautzinger appeared.

The court finds that Consent to Magistrate Judge was executed by parties on 09/02/2015.

Plea Agreement marked as exhibit 1. Statement by Defendant in Advance of Plea marked as exhibit 2. Exhibits 1 and 2 admitted.

Defendant tenders a plea of "Guilty" to Count I of the Indictment: Felon in Possession of a Firearm, 18 USC 922(g)(1).

The defendant is formally advised regarding:
1). Plea Agreement
2). Possible penalties, terms and conditions of supervised release.
3). Right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

The court finds:

Defendant is competent
Understands the nature of the charge(s) to which he is pleading Guilty
Understands the possible penalties
Understands Constitutional rights he is giving up
Plea of Guilty is made knowingly and voluntarily
Defendant is satisfied with the representation of his counsel
Defendant acknowledges and agrees with the factual basis

**The court recommends the acceptance of the Defendant's plea of Guilty to Count I of the Indictment.**

Pursuant to Fed. R. Crim Procedure 59(b)(2), the parties may object to the Findings and Recommendation within fourteen (14) days.

*ORDER: The Probation Department shall conduct a presentence investigation and submit a Presentence Report as required by FED R. Cr. P. 32. Defendant shall, with the assistance of counsel, immediately after his hearing or as soon as practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

*ORDER: Pursuant to Grand Junction Protocol, the **Sentencing is set for hearing on March 7, 2016 at 9:00 a.m. before Chief Judge Marcia S. Krieger. Sentencing shall take place at the United States District Court, Wayne Aspinal Building at 400 Rood Avenue, Grand Junction, Colorado.**

*ORDER: Any motions hearing and jury trial dates are vacated. All outstanding motions are considered moot.

Hearing concluded at 12:26 p.m.
Hearing duration: 27 minutes.