#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO
#### CHIEF JUDGE MARCIA S. KRIEGER
Presiding in Grand Junction, Colorado

Courtroom Deputy:   Patricia Glover          Date:   March 7, 2016
Court Reporter:     Terri Lindblom
Probation Officer:  Sherrie Blake

Criminal Action No. 15-cr-00316-MSK

*Parties*:                                   *Counsel*:

UNITED STATES OF AMERICA,                    Peter Hautzinger

    Plaintiff,

v.

DOLAN PRATT,                                 Mark Rubenstein

    Defendant.

_____

#### SENTENCING MINUTES
_____

**9:37 a.m.**     **Court in session**.

Defendant present in custody on bond.

**Change of Plea Hearing on November 30, 2015.  Defendant pled guilty to Count 1 of the Indictment.**  The Court adopts the Recommendation of the Magistrate Judge (**Doc. #26**) and accepts the defendant's Plea of Guilty.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).  (**Doc. #31**) Argument.

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** Defendant's Motion for Non-Guideline Sentence (**Doc. #31**) is **DENIED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant shall surrender to the facility designated by the United States Bureau of Prisons no later than 60 days from today's date unless extended for the reasons set forth on the record.

**10:20 a.m.    Court in recess.**

Total Time:    43 minutes.
Hearing concluded.